151 A.3d 84

IN THE MATTER OF GREGORY FAINES, NORTHERN STATE PRISON DEPARTMENT OF CORRECTIONS.(GREGORY FAINES - PETITIONER)

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001101-03 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.